# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| DAVID RODRIGO JARAMILLO-MUNOZ<br>a/k/a David Rodrigo Jaramillo | ) | 6:19-mj-1117 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 25, 2019__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal reentry after being removed or deported. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Annotti, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/25/2019

_____
*Judge's signature*

City and state: Orlando, Florida

Daniel C. Irick, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA        CASE NO. 6:19-mj-1117

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.  I am a Deportation Officer (DO) with the Department of Homeland Security, United States Immigration and Customs Enforcement (DHS/ICE), and have been employed with DHS/ICE for 15 years. I am currently appointed as the Violent Criminal Alien Section (VCAS) Officer assigned to Enforcement Removal Operations (ERO), Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2.  The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set

forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On March 21, 2018, **David Rodrigo JARAMILLO-MUNOZ**, a/k/a David Rodrigo JARAMILLO, was identified as an alien probably residing in the United States illegally by the National Criminal Analysis and Targeting Center, who forwarded the information to ICE/ERO Orlando as a possible target in Operation Secure Streets 1100. ICE/ERO Orlando referred **JARAMILLO-MUNOZ's** case to their Fugitive Operations Unit (FugOps) for further investigation.

4. On February 25, 2019, FugOps conducted a 'knock and talk' at a residence in Kissimmee, Florida. An unknown female answered the door and FugOps requested to speak with **JARAMILLO-MUNOZ**. The female called him to the front door, and FugOps immediately recognized **JARAMILLO-MUNOZ** from his photos. FugOps identified themselves, administratively arrested **JARAMILLO-MUNOZ**, and transported him to the ICE/ERO Office for administrative processing without incident.

5. On February 25, 2019, while at the ICE/ERO Office, DO Luis Ortiz (FugOps), interviewed and fingerprinted **JARAMILLO-MUNOZ** pursuant to administrative removal procedures. DO Ortiz advised **JARAMILLO-MUNOZ** of his constitutional rights in Spanish,

JARAMILLO-MUNOZ requested the assistance of an attorney, and all questioning ceased. DO Ortiz submitted a set of fingerprints taken from JARAMILLO-MUNOZ on this day, while at the ICE/ERO Office, to the Federal Bureau of Investigation Criminal Justice Information Services Division (also referred to as IAFIS). IAFIS analyzed the set of fingerprints and found them to match JARAMILLO-MUNOZ (under his alias David Rodrigo JARAMILLO) and the unique FBI number assigned to JARAMILLO-MUNOZ. FugOps forwarded JARAMILLO-MUNOZ's case to me because it falls under the guidelines of my assigned duties as the VCAS Officer.

6. A review of various databases and ICE records disclosed that JARAMILLO-MUNOZ has an Alien File Number (A xxx xxx 210). He was born in 1972, in San Vicente De Chucuri, Santander, Colombia. He is a citizen of Colombia and not a citizen of the United States. On November 16, 2011, an Immigration Judge administratively ordered JARAMILLO-MUNOZ deported/removed from the United States to Colombia. JARAMILLO-MUNOZ was physically removed from the United States to Colombia on December 19, 2011.

7. JARAMILLO-MUNOZ never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland

Security for permission to re-enter the United States after being removed/deported from the United States.

8. A criminal history check revealed that **JARAMILLO-MUNOZ** was convicted of driving while license revoked as habitual offender, a felony violation of Florida state law, on June 15, 2009, for which he was sentenced to four days' imprisonment and 12 months' state probation. **JARAMILLO-MUNOZ** was again convicted of driving while license revoked as habitual offender, a felony violation of Florida state law, on September 14, 2010, for which he was sentenced to 36 days' imprisonment and 18 months' state probation. **JARAMILLO-MUNOZ** was again convicted of driving while license revoked as habitual offender, a felony violation of Florida state law, on November 2, 2011, for which he was sentenced to 60 days' imprisonment and 18 months' state probation.

9. Based on the foregoing, I believe that there is probable cause to believe that on February 25, 2019, **JARAMILLO-MUNOZ** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a) & (b)(1).

10. This concludes my affidavit.

_____
Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

Subscribed and sworn to before me
This 25th day of February, 2019.

_____
The Honorable Daniel C. Irick
United States Magistrate Judge