UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:19-cr-56-ORL 18 TBS
                                                8 U.S.C. § 1326(a)

DAVID RODRIGO JARAMILLO-MUNOZ
  a/k/a David Rodrigo Jaramillo

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 21, 2018, in the Middle District of Florida, the defendant,

**DAVID RODRIGO JARAMILLO-MUNOZ,**
**a/k/a David Rodrigo Jaramillo,**

being an alien of the United States, who previously had been convicted of a felony offense, including:

1) Driving while license revoked as a habitual offender, on or about June 15, 2009,

2) Driving while license revoked as a habitual offender, on or about September 14, 2010,

3) Driving while license revoked as a habitual offender, on or about November 2, 2011,

and was thereafter deported, excluded, and removed from the United States on or about December 19, 2011, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Brandon Bayliss
Special Assistant U.S. Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
3/19/19 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

DAVID RODRIGO JARAMILLO-MUNOZ

## INDICTMENT

Violations: 8 U.S.C. § 1326(a) and (b)(1)

A true bill,

_____
Foreperson

Filed in open court this 20th day of March, 2019.

_____
Clerk

Bail $_____

GPO 863 525